■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMALIO SILVA, Appellant. — Judgment, Supreme Court, Bronx County (Koenig, J.), rendered on February 15, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sandler, J. P., Ross, Carro and Silverman, JJ.

# (June 4, 1981)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NELSON TORRES, Appellant. — Judgment, Supreme Court, Bronx County (Drohan, J.), rendered on April 17, 1979, convicting defendant, after a jury trial, of two counts of criminal sale of a controlled substance in the third degree, and sentencing him to two concurrent terms of imprisonment of eight years to life, unanimously modified as a matter of discretion in the interest of justice to reduce the sentence to two concurrent terms of imprisonment of four years to life, and otherwise affirmed. We find the sentence excessive to the extent indicated. Concur — Murphy, P. J., Birns, Sandler, Bloom and Fein, JJ.